# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3010
_____

Dennis G. LaChance

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: August 3, 2016
Filed: August 8, 2016
[Unpublished]
_____

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Dennis G. LaChance appeals from the order of the District Court[1] affirming the Commissioner's decision to deny disability insurance benefits made after a hearing before an administrative law judge. We have reviewed the record de novo and considered LaChance's submissions on appeal, and we are satisfied that the decision is supported by substantial evidence on the record as a whole; that the new material submitted by LaChance does not warrant reconsideration of the benefits decision; and that his arguments on appeal provide no basis for remand or reversal. We affirm the judgment of the District Court. See 8th Cir. R. 47B.

_____

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(b).